IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMETRICK JOHNSON,

Plaintiff,

v. CASE NO. 2:26-cv-676-BL

TRANS UNION, LLC, *et al.*,

Defendants.

**ORDER**

On November 2, 2026, the Magistrate Judge recommended that the court dismiss this case without prejudice for failure to comply with a court order. (Doc. 11). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on November 16, 2026. (Doc. 11). To date, no objections have been filed. After review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation, (doc. 11), and **DISMISSES** this action without prejudice.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** on this the 19th day of November, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE